[No. 66333-0-I.   Division One.   April 9, 2012.]

TARA JEAN MCMANUS, *Appellant*, v. YONG KUN KIM,
*Defendant*, THE STATE OF WASHINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-20411-0, Susan J. Craighead, J., entered November 22, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 40607-1-II.   Division Two.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
JEROME GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05855-9, Ronald E. Culpepper, J., entered March 26, 2010. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[Nos. 41059-1-II; 41143-1-II.   Division Two.   April 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEE BURNS,
*Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JESSUP BERNARD
TILLMON, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 09-1-01927-8, Richard A. Strophy, J., entered August 10, 2010. *Reversed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.